## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

**IN RE**

**LAWYER DISCIPLINARY BOARD,**

      **Petitioner,**

                                       2:26-mc-00018

**v.**                                    **Misc. No.: _____**

**JUSTIN L. CRINER, a member of**
**The West Virginia State Bar,**

      **Respondent.**

### ATTORNEY REMOVAL ORDER

This Court has been notified by the Supreme Court of Appeals of West Virginia that the license to practice law in the State of West Virginia of Justin L. Criner has been annulled, by Order entered on March 23, 2026, a copy of which is attached hereto and made a part hereof.

**IT IS ORDERED** that the District Court records be amended to reflect the disciplinary action and that Justin L. Criner is barred from appearances in this Court.

The Clerk is further **ORDERED** to remove Justin L. Criner from the list of attorneys admitted to practice in the District Court.

The Clerk is directed to send a certified copy of this order to Justin L. Criner at his last known address 808 Moorefield Park Drive, Suite 110, North Chesterfield, Virginia 23236-3672, to each divisional Clerk's Office in this District, and the Attorney Admission Coordinator.

ENTER:    March 25, 2026



Frank W. Volk
Chief United States District Judge

STATE OF WEST VIRGINIA

SCA EFiled:  Mar 23 2026
11:57AM EDT
Transaction ID 78823905

On March 23, 2026, the Supreme Court of Appeals of West Virginia made and entered the following order:

Lawyer Disciplinary Board,
Petitioner

v.)  No. 25-269

Justin L. Criner, a member of
The West Virginia State Bar,
Respondent

# ORDER

On December 22, 2025, the Hearing Panel Subcommittee of the Lawyer Disciplinary Board, by its Chair Chip Williams, pursuant to Rule 3.20 of the Rules of Lawyer Disciplinary Procedure, presented to the Court its written recommended disposition in this reciprocal disciplinary action, recommending that the same sanction that the State of Virginia issued be imposed. The Hearing Panel Subcommittee recommends that the respondent's license to practice law in the State of West Virginia be annulled.

On January 22, 2026, the Office of Lawyer Disciplinary Counsel, by Rachel L. Fletcher Cipoletti, Chief Lawyer Disciplinary Counsel, filed its consent to the recommendation. The Office of Lawyer Disciplinary Counsel filed a motion for leave to file the consent out of time on February 3, 2026. The motion for leave to file out of time is granted.

Upon consideration and review, the Court is of the opinion to and does concur with and does approve the recommended disposition of the Hearing Panel Subcommittee of the Lawyer Disciplinary Board.  It is ORDERED that the same sanction imposed by the State of Virginia will be imposed here and the respondent Justin L. Criner's license to practice law in the State of West Virginia is annulled.

Service of an attested copy of this order upon the respondent Justin L. Criner, the Office of Lawyer Disciplinary Counsel, and the West Virginia State Bar constitutes sufficient notice of its contents.

A True Copy                    Attest: /s/ C. Casey Forbes
                                        Clerk of Court

